Ethridge v. Merck & Co Inc et al | Doc. 9
Case 3:06-cv-00909-DRH-DGW   Document 9   Filed 11/13/2006   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY ETHRIDGE, Individually and as Special Administrator of the Estate of Jerry Ethridge,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CAUSE NO. 06-909-WDS<br>)<br>)<br>)<br>) |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 13, 2006.**

                              **s/ WILLIAM D. STIEHL**
                                  **DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 06-909-DRH.

Dockets.Justia.com