IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY ETHRIDGE, Individually and as Special Administrator of the Estate of Jerry Ethridge, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CAUSE NO. 06-909-WDS ) |
| MERCK & CO., INC., et al., | ) ) |
| Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 13, 2006.**

        **s/ WILLIAM D. STIEHL**
           **DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 06-909-DRH.