IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHIRLEY ETHRIDGE,**
**Individually and as Special**
**Administrator of the Estate of**
**Jerry Ethridge,**

**Plaintiff,**

v.

**MERCK & CO., INC., also**
**d/b/a MERCK, SHARP AND DOHME**
**and d/b/a MSD SHARP & DOHME GmbH,**
**G.D. SEARLE LLC, PHARMACIA**
**CORPORATION, MONSANTO COMPANY,**
**and PFIZER INC.,**

**Defendants.**                                             No. 06-CV-0909DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Merck's November 9, 2006 motion to stay all proceedings (Doc. 4). Specifically, Merck moves the Court to stay this action pending its likely transfer to *In re Vioxx Products Liab. Litig.*, **(MDL) No. 1657**. As of this date, Plaintiff has not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1] Thus, the Court **GRANTS** Merck's motion to stay (Doc. 4). The Court **STAYS** this matter pending its transfer to the MDL.

**IT IS SO ORDERED.**

Signed this 4th day of December, 2006.

/s/     David  RHerndon
**United States District Judge**

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.